1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   MIGUEL GOMEZ CERVANTES,                    CASE NO. C10-1439RSM

11                    Petitioner,               ORDER ADOPTING REPORT AND
                                                RECOMMENDATION BUT
12          v.                                  GRANTING LEAVE TO AMEND

13   JACK BENNETT, Acting Field Office
     Director, United States Immigration and
14   Customs Enforcement, et al.,

15                    Respondents.

16

17          This matter is before the Court for consideration of a Report and Recommendation

18   ("R&R") filed by the Honorable James P. Donohue, United States Magistrate Judge, together

19   with petitioner's objections thereto.  Dkt. ## 17, 18.   The Court shall adopt the thorough and

20   well-reasoned recommendations of the Magistrate Judge regarding jurisdiction, but shall dismiss

21   the petition with leave to amend for reasons which are set forth below.

22          Petitioner Miguel Gomez Cervantes is a native and citizen of Mexico, married to a lawful

23   permanent resident of the United States.   He has been detained since April, 2010, pending

24   removal.   He filed, through counsel this petition for habeas corpus pursuant to 28 U.S.C. § 2241,

asking the Court to order his release from detention under reasonable conditions, and to enjoin respondents from transferring him out of the jurisdiction of this Court. Dkt. # 1.   The petition does not appear to challenge his final order of removal.  This Court issued a temporary stay of removal pending consideration of the petition.  Dkt. # 3.  Respondent then moved to dismiss the petition, asserting that neither this Court nor the Immigration Court has jurisdiction to review petitioner's detention.  Dkt. # 13.  The R&R analyzes this argument and agrees, concluding that petitioner's continued detention does not constitute a due process violation, and further his removal cannot be challenged in this Court pursuant to the REAL ID Act of 2006, codified at 8 U.S.C. § 1252(a)(5).  The Court fully adopts the Report and Recommendation as to this conclusion.  However, the Court declines to dismiss the petition with prejudice as recommended, as it is not absolutely clear that he can state no facts which would constitute a claim for habeas relief.

In his objections to the R&R, petitioner arguably raises a claim of ineffective assistance of counsel, related to his former attorney Antonio Salazar who has recently been disbarred for his acts and omissions in the handling of client matters, particularly with respect to immigration clients.[1]  The Ninth Circuit Court of Appeals has held that the REAL ID Act may not preempt habeas jurisdiction in cases based on constitutional claims rather than a challenge to the removal order.  "[I]n  *A. Singh*, we reasoned that there was jurisdiction to review a claim of ineffective assistance of counsel for failure to timely petition for review because 'a successful habeas petition in this case will lead to nothing more than "a day in court" for Singh, which is consistent with Congressional intent underlying the REAL ID Act.'"  *V. Singh v. Holder*, ---F. 3d ---, 2011

_____

[1] The Magistrate Judge did not have an opportunity to review this assertion as it was first raised in objection to the R&R.   In the interest of expediting the matter, the Court has addressed it directly rather than renewing the referral to the Magistrate Judge.

1  WL 1226379 (9th Cir. 2011);  *quoting A. Singh v. Gonzales*, 499 F. 3d 969, 979 (9th Cir. 2007).

2  Because petitioner may be able to state a claim of this type, the Court shall grant him leave to

3  amend the petition.

4      Accordingly, it is hereby ORDERED:

5      (1)  The Report and Recommendation is approved and adopted;

6      (2)   Respondent's motion to dismiss is GRANTED and the petition for habeas corpus is

7  DISMISSED with leave to amend;

8      (3)  The amended petition shall be filed within thirty (30) days of the date of this Order;

9  and

10     (4)  The temporary stay of removal shall REMAIN IN EFFECT until further Order of this

11  Court.

12     The Clerk shall direct copies of this Order to counsel of record and to the Honorable

13  James Donohue.

14     Dated this 7th day of April 2011.

15

16                                    RICARDO S. MARTINEZ

17                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION BUT GRANTING LEAVE TO AMEND - 3