# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MIGUEL GOMEZ CERVANTES,

        Petitioner,

v.

NATHALIE ASHER,[1] Seattle Field Office Director, United States Immigration and Customs Enforcement, *et al.*,

        Respondents.

Case No. C10-1439-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, Dkt. 20, respondents' motion to dismiss, Dkt. 23, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's amended petition for writ of habeas corpus, Dkt. 20, is DENIED;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Nathalie Asher is automatically substituted for former Acting Field Office Director Jack Bennett as a respondent in this case. Fed. R. Civ. P. 25(d).

ORDER OF DISMISSAL - 1

3. Respondents' motion to dismiss, Dkt. 23, is GRANTED, and this action is DISMISSED with prejudice;

4. The previous temporary stay of removal issued by the Court, Dkt. 3, is VACATED; and

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 9 day of November 2011.

                                                                          RICARDO S. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE